# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

VICTOR SAWYERS,

Defendant.

NO. 1:19-CR-052

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 14th day of August, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendant Victor Sawyer's Motion for a *Franks* Hearing and to Suppress All Physical Evidence and Statements Pursuant to Fed. R. Crim. P. 12(b)(3) and the Fourth Amendment (Doc. 39) is **DENIED**.

(2) Defendant's request for disclosure of the name of the confidential informant (Doc. 39) is **GRANTED**.

(3) The Government shall disclose the identity of the confidential informant to Defendant's counsel no later than **September 4, 2019**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge