# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 1:19-CR-00052 |
| v. | (JUDGE CAPUTO) |
| VICTOR SAWYERS, | |
| Defendant. | |

## ORDER

**NOW**, this 25th day of November, 2019, **IT IS HEREBY ORDERED** that:

(1) The Government's Motion for Reconsideration (Doc. 61) is **DENIED**.

(2) The Government shall disclose the identity of the confidential informant to Defendant's counsel no later than thirty (30) days from the date of this order.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge